IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| LATANIA CHURA, | Case No. |
| Plaintiff, | COMPLAINT (Personal Injury) |
| vs. | |
| LYFT, INC., a Foreign Business Corporation, and LEVI CRISP, | Prayer: $222,500 |
| Defendants. | Claim NOT Subject to Mandatory Arbitration |
| | DEMAND FOR JURY TRIAL |
| | Filing Fee Pursuant *ORS 21.160(1)(c)* |

Plaintiff alleges as follows:

1.

At all times relevant hereto, defendant LFYT, INC., (herein referred to as defendant LYFT) was a Foreign Business Corporation with a registered agent located in Salem, Oregon.

2.

At all times relevant hereto, defendant LEVI CRISP, (herein referred to as Defendant CRISP) was and still is a licensed driver residing in Multnomah County, Oregon.

3.

At all times relevant hereto, SE 7th Avenue and SE Morrison Streets were and still are public roads located within in Portland, Multnomah County, Oregon.

4.

At all times herein mentioned, defendant LYFT conducted regular, sustained business activity in Multnomah County, Oregon.

ELIZABETH E. WELCH, Attorney at Law
2111 N. Willis, No. 141, Portland, Oregon 97217
503.286.7178, Fax 503.961.1341 eew@northportlandattorney.com (email)

Exhibit 1
1 of 18

5.

At all times, Defendant CRISP was an agent and/or employee of defendant LYFT acting in the course and scope of his agency and/or employment with defendant LYFT.

6.

In the alternative, at all times mentioned herein, Defendant CRISP was driving for his own uses and pleasure.

7.

At all times relevant hereto, plaintiff was the restrained driver of a Subaru. Defendant CRISP was a driver of Toyota Prius.

8.

On or about August 31, 2018 plaintiff was travelling northbound on SE 7th Avenue, stopping at a red light at the intersection of SE Morrison Street in Portland, Multnomah County Oregon.  When the light turned green, plaintiff proceeded through the intersection, but was struck inside the intersection by Defendant CRISP, who was travelling westbound on SE Morrison Street.  Defendant struck plaintiff on the passenger side of plaintiff's vehicle, causing plaintiff's vehicle to spin, coming to rest facing NW.  Plaintiff was injured.

FIRST CLAIM FOR RELIEF

NEGLIGENCE and NEGLIGENCE PER SE

9.

Page | 2-
COMPLAINT

ELIZABETH E. WELCH, Attorney at Law
2111 N. Willis, No. 141, Portland, Oregon 97217
503.286.7178, Fax 503.961.1341 eew@northportlandattorney.com (email)

Exhibit 1
2 of 18

This collision and plaintiff's resulting personal injuries were caused or substantially contributed to by the negligence and negligence per se of either Defendant LYFT and or defendant CRISP in one or more of the following particulars:

    a.      In failing to keep and maintain a vigilant lookout which would be performed by a reasonably prudent person under the same or similar circumstances;

    b.      In operating a vehicle at a speed that was not reasonable and prudent under the circumstances;

    c.      In failing to maintain control over the vehicle he was driving; and specifically in failing to stop to avoid striking plaintiff's vehicle;

    d.      In failing to apply brakes on the vehicle in a manner reasonable under the circumstances;

    e.      Failure to stop, turn, or otherwise avoid striking plaintiff's vehicle; and

    f.      Violating ORS 811.260(7):  Defendant CRISP failed to stop at a steady circular red sign.

10.

As a result of the collision and either LYFT and/or defendant CRISP's carelessness and negligence, plaintiff sustained the following injuries and their consequences:

- Headache
- Brachial plexus disorders
- Bruising
- Cervical spondylosis without myelopathy or radiculopathy
- Cervical sprain/strain
- Cervicocranial syndrome

Page | 3-
COMPLAINT

ELIZABETH E. WELCH, Attorney at Law
2111 N. Willis, No. 141, Portland, Oregon 97217
503.286.7178, Fax 503.961.1341 eew@northportlandattorney.com (email)

Exhibit 1
3 of 18

- Left arm strain
- Left hand numbness and tingling
- Left shoulder strain
- Lumbar sprain
- Muscle hypertonicity
- Nausea
- Reduced ROM
- Sacroiliac and sacrococcygeal joint dislocation
- Segmental and somatic dysfunction of cervical region
- Segmental and somatic dysfunction of head region
- Segmental somatic dysfunction, upper extremity
- Soreness
- Spasm
- Tenderness
- Thoracic sprain
- Tightness

Concussion and Other Symptoms

- Postconcussional syndrome
- Cognitive changes
- Crying spells
- Dizziness and Giddiness
- Eye strain, worse with computer
- Fogginess
- Hard time keeping up with work tasks
- Hard to focus eyes
- Headache
- Labile mood
- Overstimulated
- Poor concentration
- Other speech disturbances
- Reduced tolerance to stress
- Sensitivity to light
- Severe fatigue
- Short term memory issues
- Word finding difficulty
- Anxiety and memory of crash cause palpitations
- Cannot drive car as long as previously able to
- Worried about losing job
- Difficulty sleeping

ELIZABETH E. WELCH, Attorney at Law
2111 N. Willis, No. 141, Portland, Oregon 97217
503.286.7178, Fax 503.961.1341 eew@northportlandattorney.com (email)

Exhibit 1
4 of 18

11.

As a result of the collision and either Defendant LYFT and or defendant CRISP's carelessness and negligence, plaintiff incurred reasonable and necessary medical care and services for treatment of plaintiff in the approximate amount of $20,400.  Plaintiff is not making claims for sums paid by insurance.

12.

As a result of the collision and either LYFT and or defendant CRISPS's carelessness and negligence, plaintiff suffered economic damages in the form of lost work bonuses in an amount not to exceed $2,100.

13.

As a result of the collision and either LYFT and or defendant CRISP's carelessness and negligence, plaintiff suffered non-economic damages, including but not limited to those set out in paragraph 10 in an amount not to exceed $200,000.

WHEREFORE,

On account of plaintiff's First Claim for Relief against defendants for plaintiff's economic damages in the amount of $22,500, non-economic damages in an amount not to exceed $200,000, and costs and disbursements necessarily incurred herein.

/s/ Elizabeth Welch

_____

Dated: April 21, 2020

Elizabeth Welch, OSB No. 061373
Trial Attorney for Plaintiff
eew@northportlandattorney.com

_____

ELIZABETH E. WELCH, Attorney at Law
2111 N. Willis, No. 141, Portland, Oregon 97217
503.286.7178, Fax 503.961.1341 eew@northportlandattorney.com (email)
Page | 5-
COMPLAINT

Exhibit 1
5 of 18

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| LATANIA CHURA,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>LYFT, INC., a Foreign Business<br>Corporation, and LEVI CRISP,<br>　　　　Defendants. | Case No. 20CV15964<br><br>SUMMONS |

To:    LYFT, INC., Registered Agent CT Corporation System, 780 Commercial Street SE Ste 100 Salem, OR 97301

    You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff (s) will apply to the court for the relief demanded in the complaint.

                           Elizabeth E. Welch, OSB No.  06137
                               Attorney for Plaintiff

**NOTICE TO DEFENDANT: READ THESE PAPERS CAREFULLY!**

    You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.

    If you have questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

    TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS:  You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entities to whom or which this summons is directed, and to make your proof of service upon a separate similar document which you shall attach hereto.

                           Elizabeth E. Welch, OSB No. 06137
                           Attorney for Plaintiff

    I hereby certify this Summons to be a true, exact and complete copy of the Original.

                           Elizabeth E. Welch, OSB No. 06137



ELIZABETH E. WELCH, Attorney at Law
2111 N. Willis, No. 141, Portland, Oregon 97217
503.286.7178, Fax 503.961.1341 eew@northportlandattorney.com (email)

Page | 1-
SUMMONS

Exhibit 1
6 of 18

5/8/2020 2:29 PM
20CV15964

## AFFIDAVIT OF SERVICE

**State of Oregon**                    **County of Multnomah**                    **Circuit Court**

Case Number: 20CV15964

Plaintiff:
**LATANIA CHURA**

vs.

Defendant:
**LYFT, INC. a Foreign Buisness Corporation, and LEVI CRISP**

For:
Elizabeth Welch
Elizabeth E. Welch, Attorney at Law
2111 N Willis Blvd
#141
Portland, OR 97217

Received by Barrister Support Service to be served on **LYFT, INC. R/A: CT CORPORATION SYSTEM, 780 COMMERCIAL ST. SE, SUITE 100, SALEM, OR 97301**.

I, Bobby Chandler, being duly sworn, depose and say that on the **4th day of May, 2020** at **10:18 am, I:**

SERVED the within named**LYFT, INC.** at **780 COMMERCIAL ST. SE, SUITE 100, SALEM, OR 97301** by personally serving a true copy of the **SUMMONS, AND COMPLAINT (PERSONAL INJURY)** upon    **RYLYNN POOLE,** who is a clerk on duty in the office of the Registered Agent and who is authorized to accept service.

**CERTIFICATION OF MAILING:** I certify that on **5/7/2020** a true copy of SUMMONS, AND COMPLAINT (PERSONAL INJURY) along with a statement regarding the date, time and manner of service was mailed to LYFT, INC. R/A: CT CORPORATION SYSTEM  at 780 COMMERCIAL ST. SE, SUITE 100, SALEM, OR 97301 by First Class Mail postage paid.

**Description** of Person Served: Age: 44, Sex: M, Race/Skin Color: CAUCASIAN, Height: 6'3", Weight: 195, Hair: BLONDE, Glasses: Y

Exhibit 1
7 of 18

## AFFIDAVIT OF SERVICE For 20CV15964

I declare I am a resident of the State of Oregon. I am a competent person 18 years of age or older and not a party to or attorney in this proceeding. I certify that the person, firm, or corporation served is the identical one named in this action. I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

STATE OF _Oregon_

County of _Marion_
Subscribed and Sworn to before me on the _7_ day
of _May 2020_ by the affiant who is
personally known to me or has provided identification.

_____
NOTARY PUBLIC

OFFICIAL STAMP
**OLIVIA A. LUNDIN**
NOTARY PUBLIC-OREGON
COMMISSION NO. 996690
MY COMMISSION EXPIRES FEBRUARY 06, 2024

**Bobby Chandler**
Process Server

_5/7/2020_
**Date**

**Barrister Support Service**
11349 SW 60th Ave
Portland, OR 97219
(503) 246-8934

Our Job Serial Number: TSB-2020002077

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1k

Exhibit 1
8 of 18

5/19/2020 11:46 PM
20CV15964

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| LATANIA CHURA, | Case No. 20CV15964 |
| Plaintiff, | DECLARATION OF SERVICE FOLLOW UP MAILING |
| vs. | |
| LYFT, INC., a Foreign Business Corporation, and LEVI CRISP, | |
| Defendants. | |

I, Elizabeth Welch, declare and say I am one of the attorneys for plaintiff.

1.      This action is arising out of an accident, collision, or other event giving rise to liability in which a motor vehicle may be involved while being operated upon the roads, highways, streets, or premises open to the public as defined by law, of this state;

2.      Plaintiff made at least one attempt to serve defendant LEVI CRISP who operated such motor vehicle by personal service at LEVI CRISP, KNA LEVI KENNETH WARD 5623 SE CENTER ST. PORTLAND, OR 97206 as authorized by ORCP 7D (3)(a)(i), not service by mail pursuant to subparagraph (3)(a)(i) of this section and, as shown by its return, did not effect service. See Exhibit No. 1 (Affidavit of Non-Service from Barrister Support Services).

3.      Pursuant to ORCP 7D(4)(a)(i)(A), Plaintiff served defendant by mailings made in accordance with paragraph ORCP 7 D(2)(d) (via first class mail and certified mail, return receipt requested) addressed to LEVI KENNETH CRISP, 1925 SW MONTGOMERY PLACE, PORTLAND, OR 97201 (see Exhibit 2). This was the

ELIZABETH E. WELCH, Attorney at Law
2111 N. Willis, No. 141, Portland, Oregon 97217
503.286.7178, Fax 503.961.1341 eew@northportlandattorney.com (email)

Exhibit 1
9 of 18

residence address provided by defendant at the scene of the accident- the address given

was the address listed on defendant's license shown by defendant at the scene (See

Exhibit 3, photograph of Defendant's license held up at the scene);

    4.    Pursuant to ORCP 7D(4)(a)(i)(B), plaintiff's attorney's office contacted the

Oregon Department of Motor Vehicles on April 24, 2020 and did find the current

residence address, of defendant shown in the driver records of the Department of

Transportation of LEVI CRISP, KNA LEVI KENNETH WARD 5623 SE CENTER ST.

PORTLAND, OR 97206. (See Exhibit 4, interoffice notes from the office of Elizabeth

Welch, Attorney at Law);

    5.    These mailings were made on May 19, 2020;

    6.    Pursuant to ORCP 7D(4)(a)(i)(C), no other address of defendant was

known to the plaintiff at the time of making the mailings required by D(4)(a)(i)(A) and

D(4)(a)(i)(B) of this rule that reasonably might result in actual notice to that defendant.

The mailing required by ORCP 7D(4)(a)(i)(C) was omitted because the plaintiff did not

know of any address other than those specified in D(4)(a)(i)(A) and D(4)(a)(i)(B) of this

rule.

    DATED:    May 19, 2020

"I hereby declare that the above statement is true to the best of my knowledge and

belief, and that I understand it is made for use as evidence in court and is subject to

penalty for perjury."

                            Elizabeth E. Welch, OSB No. 06137
                            Attorney for Plaintiff

ELIZABETH E. WELCH, Attorney at Law
2111 N. Willis, No. 141, Portland, Oregon 97217
503.286.7178, Fax 503.961.1341 eew@northportlandattorney.com (email)

Exhibit 1
10 of 18

## AFFIDAVIT OF NON-SERVICE

### IN THE CIRCUIT COURT OF THE STATE OF OREGON
### IN AND FOR THE COUNTY OF MULTNOMAH

Case Number: 20CV15964

Plaintiff:
**LATANIA CHURA**

vs.

Defendant:
**LYFT, INC. a Foreign Buisness Corporation,
and LEVI CRISP**

Service Documents:
SUMMONS, AND COMPLAINT
(PERSONAL INJURY)

For:
Elizabeth Welch
Elizabeth E. Welch, Attorney at Law
2111 N Willis Blvd
#141
Portland, OR 97217

Received by BARRISTER SUPPORT SERVICE, INC. on the 6th day of May, 2020 at 1:21 pm to be served on **LEVI CRISP NKA LEVI KENNETH WARD, AT: FITNESS CENTER, 5623 SE CENTER ST., PORTLAND, OR 97206**.

I, Terry Sheldon, being duly sworn, depose and say that on the **12th day of May, 2020** at **10:38 am, I:**

**NON-SERVED:** the SUMMONS, AND COMPLAINT (PERSONAL INJURY) for personal service on **LEVI CRISP NKA LEVI KENNETH WARD** after due search, careful inquiry and diligent attempts. I was unable to serve for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
**Service attempted at: FITNESS CENTER, 5623 SE CENTER ST., PORTLAND, OR 97206**
5/12/2020 at 10:38 am - This fitness center is closed due to the virus.





Exhibit 1
11 of 18

## AFFIDAVIT OF NON-SERVICE For 20CV15964

I declare under penalty of perjury that I am a resident of the State of Oregon. I am a competent person 18 years of age or older and not a party to or attorney in this proceeding and am authorized to serve the process described herein. I certify that the person, firm, or corporation served is the identical one named in this action. I am not a party to nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that it is made for use as evidence in court and is subject to penalty for perjury.

Subscribed and Sworn to before me on the 14th day of May, 2020 in the county of Multnomah by the affiant who is personally known to me.

NOTARY PUBLIC
of OREGON

OFFICIAL STAMP
DANIELLE RAE ALTUM
NOTARY PUBLIC - OREGON
COMMISSION NO. 968631
MY COMMISSION EXPIRES NOVEMBER 26, 2021

Terry Sheldon
Date 5/14/2020

BARRISTER SUPPORT SERVICE, INC.
11349 SW 60th Ave.
Portland, OR 97219-6754
(503) 246-8934

Our Job Serial Number: TSB-2020002164

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1k

EX 1 P2

Exhibit 1
12 of 18

ZABETH E. WELCH
PERSONAL INJURY ATTORNEY

111 NORTH WILLIS BOULEVARD
NO. 141
PORTLAND, OREGON  97217

First-Class
Via Regular Mail
Levi Crisp
5623 SE Center St.
Portland OR 97206.

Ex 2 P 1

Exhibit 1
13 of 18



ELIZABETH E. WELCH
PERSONAL INJURY ATTORNEY

2111 NORTH WILLIS BOULEVARD
NO. 141
PORTLAND, OREGON 97217

Via Certified Mail
Return Receipt Requested
Levi Crisp
5623 SE Center St.
Portland OR 97206



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:

Levi Crisp
5623 SE Center St.
Portland OR 97206.

9590 9402 5002 9063 6603 99

2. Article Number *(Transfer from service label)*

7019 1640 0002 3200 4452

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery
☐ Return Receipt for
   Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

Ex 2 P2

Exhibit 1
14 of 18

.IZABETH E. WELCH
PERSONAL INJURY ATTORNEY

2111 NORTH WILLIS BOULEVARD
NO. 141
PORTLAND, OREGON  97217

Just Class
Via Regular Mail
Levi Crisp
1925 SW Montgomery Place
Portland OR 97201

Ex 2 p 3
Exhibit 1
15 of 18

LIZABETH E. WELCH
PERSONAL INJURY ATTORNEY

2111 NORTH WILLIS BOULEVARD
NO. 141
PORTLAND, OREGON  97217


ADDITIONAL OUNCE-USA

 HENRY JAMES
 HENRY JAMES
 HENRY JAMES
 HENRY JAMES
 HENRY JAMES
 HENRY JAMES
 HENRY JAMES
 HENRY JAMES

Via Certified
Mail
Return Receipt Reg.
Levi Crisp
1925 SW
Montgomery
Place
Portland OR
97201

02 3200 4469

ENVELOPE TO THE RIGHT
FOLD AT DOTTED LINE
D MAIL

02 3200 4469
02 3200 4469

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee
3.55
$
$ 2.85

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Levi Crisp
1925 SW Montgomery
Place
Portland OR 97201

9590 9402 5002 9063 6603 82

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

Ex 2 p 4

Exhibit 1
16 of 18



Ex 3

Exhibit 1
17 of 18

Acct 01490 503.945.5310 web pin 099-984

web pin sent 4/22/20

Chura DMV call 4/24/20

now legally Levi Kenneth

name Levi Crisp Levi Kenneth Crisp Ward

ODL 7417392

DOB 6/21/89

Address 5623 SE Center st Portland OR 97206

Description height: 5'9 weight: 220

Last update 11/26/19 w/ward on it

www.oregondmv.com

Ex 4